# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## No. 17-6361

ANJAY RAVINDRABHAI PATEL,

       Petitioner - Appellant,

    v.

WARDEN, Satellite Prison Camp, Edgefield, South Carolina,

       Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. J. Michelle Childs, District Judge.  (1:16-cv-01819-JMC)

Submitted:  July 27, 2017                 Decided:  August 1, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anjay Ravindrabhai Patel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anjay Ravindrabhai Patel, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge as modified and denying relief on Patel's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patel v. Warden*, No. 1:16-cv-01819-JMC (D.S.C. Mar. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*